# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 24-mj- 13-01-AJ
)
a Black Motorola Smartphone, Recovered from a Black )
Dodge Charger Bearing NH Reg. 4799382 )
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ____New Hampshire____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a)(1) | Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. §846 | Conspiracy to Distribute Controlled Substances |
| 18 U.S.C. §922(g)(1) | Possession of a Firearm and/or Ammunition by a Prohibited Person |

The application is based on these facts:
See attached Affidavit in Support of Application for Search Warrant of ATF Special Agent John Bianchi, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ John Bianchi
*Applicant's signature*

John Bianchi, Special Agent ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Andrea K. Johnstone
*Judge's signature*

Date: **Jan 26, 2024**

City and state: Concord, New Hampshire    Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*